STATE OF NEW JERSEY v. CLIFFORD A. WILLIAMS AND ALLISON T. WILLIAMS.

May 24, 1985.

Leave to appeal is granted and the Appellate Division order of May 1, 1985, is summarily reversed. The matter is remanded to the Superior Court, Law Division, Burlington County, for further proceedings.

Jurisdiction is not retained.

ALAN M. LANDS v. STEPHEN J. BASEMAN.

May 30, 1985.

Petition for certification denied. (See 200 *N.J.Super.* 247)

ANTONIS C. ANTONIOU v. SARAH MARTINEZ.

May 30, 1985.

Petition for certification denied.

HAROLD MICKLE v. SELECTED RISKS INSURANCE CO.

May 30, 1985.

Petition for certification denied.